# In the United States Court of Federal Claims

No. 07-665 C
(Filed: October 5, 2007)

*************************************
PARSONS EVERGREENE LLC, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*************************************

**ORDER**

The clerk's office recently brought to the court's attention the fact that plaintiff's counsel has not yet obtained an account with the court's case management/electronic case filing system ("CM/ECF"), which is necessary for the filing and receipt of all documents after the complaint. See General No. Order 42A. As plaintiff was cautioned in the September 11, 2007 Notice of Electronic Designation:

> The Clerk's office will effect service of electronically filed documents in paper form for thirty (30) days from the date that the case is opened if counsel has not yet obtained an account. All orders and documents not served electronically after that date will be the responsibility of counsel to obtain through use of a PACER account.

Thus, plaintiff's counsel shall obtain an ECF account **as soon as possible** to ensure that plaintiff receives all filings in the case. Counsel may obtain an account by accessing the court's CM/ECF website (http://www.uscfc.uscourts.gov/CMECF_ Section/index.html) and selecting "CM/ECF Account Registration."

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge