# In the United States Court of Federal Claims

No. 07-665 C
(Filed: October 25, 2007)

***********************************
PARSONS EVERGREENE LLC, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

## ORDER

On October 25, 2007, defendant in the above-captioned case filed an unopposed motion for enlargement of time, seeking an additional sixty days in which to file its response to plaintiff's complaint. Defendant's unopposed motion is **GRANTED**. Accordingly, defendant shall file its response to plaintiff's complaint **no later than Monday, January 14, 2008**.

Further, the clerk's office has informed the court that plaintiff's counsel still has not obtained an account with the court's case management/electronic case filing system ("CM/ECF"), which is necessary for the filing and receipt of all documents after the complaint. See General Order No. 42A. In an October 5, 2007 order, the court warned plaintiff that pursuant to General Order No. 42A, the clerk's office would only "effect service of electronically filed documents in paper form for thirty (30) days from the date that the case is opened if counsel has not yet obtained an account." Thus, the clerk's office is no longer under the obligation to effect service on plaintiff in paper form. However, the court will make an exception with this order. This is the last filing that plaintiff will receive via regular United States mail. **If plaintiff's counsel does not obtain an ECF account prior to any additional filings in this case, plaintiff assumes the risk of not being notified of the filing and of missing any relevant deadlines.**

The clerk's office is directed to mail a copy of this order to plaintiff.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge