**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| PARSONS EVERGREENE LLC<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-665C<br>Judge Sweeney |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

COMES NOW the Plaintiff, Parsons Evergreene LLC ("Parsons") and, by and through the undersigned counsel, hereby presents its Notice of Dismissal Without Prejudice.

Plaintiff's Notice of Dismissal is presented in accordance with Rule 41(a)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), which provides, in pertinent part: "[A]n action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service of an answer or of a motion for summary judgment, whichever first occurs . . . . Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication on the merits when filed by a plaintiff who has once dismissed in any court of the United States an action based on or including the same claim." RCFC 41(a)(1).

Plaintiff filed its Complaint on September 10, 2007 and the United States has not filed an answer or motion for summary judgment. Plaintiff has not previously dismissed in any court of the United States an action based on or including the same claim as that stated in its September 10, 2007 Complaint. Consequently, dismissal of the above-captioned action without prejudice is appropriate.

Respectfully submitted this 30th day of November, 2007.

OLES MORRISON RINKER & BAKER LLP

/s/ James F. Nagle

Attorney for Plaintiff, Parsons Evergreene LLC
Oles Morrison Rinker & Baker LLP
701 Pike Street, Suite 1700
Seattle, Washington 98101-3930
Phone: (206) 623-3427
Fax: (206) 682-6234
Email: nagle@oles.com

CERTIFICATE OF FILING

I hereby certify that on this 30th day of November, 2007 a copy of the foregoing Notice of Dismissal Without Prejudice was filed electronically. I understand that this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ James F. Nagle

P-JAD Notice of Dismissal Charleston AFB 112707 11339.0008